**INTERMATIC INCORPORATED, Plaintiff–Appellee,**

v.

**THE LAMSON & SESSIONS CO., Defendant–Appellant,**

and

**Lamson Home Products and Carlon Electrical Products, Defendants.**

No. 01–1378.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 27, 2004.

## *ORDER*

Upon consideration of the parties' joint motion to dismiss this appeal, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.